| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com | |

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor(s)

## United States Bankruptcy Court
## Central District of California - Riverside Division

In re:

Rony Victorin

CASE NO.:
CHAPTER: 7

**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**

[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing required]

Debtor(s).

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 09/21/2023            Rony Victorin                      /s/ Rony Victorin
                           Printed name of Debtor 1              Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____         _____             _____
                           Printed name of Debtor 2              Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                F 1002-1.EMP.INCOME.DEC

**MITER BRANDS.**

Milgard Manufacturing LLC
1010 54th Avenue East
Tacoma, WA 98424
800-645-4278

**Pay Statement**

| | |
|---|---|
| Period Start Date | 09/10/2023 |
| Period End Date | 09/23/2023 |
| Pay Date | 09/29/2023 |
| Document | 50771726 |
| **Net Pay** | **$1,616.02** |

## Pay Details

**RONY VICTORIN SR.**
26509 SUN CITY BLVD.
MENIFEE, CA 92586
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 100957 | | Pay Group | Milgard Hourly |
| SSN | XXX-XX-XXXX | | Location | Temecula |
| Job | Receiver II | | Function | OP - Operations |
| Pay Rate | $25.63 | | GL Location | 125 - Temecula |
| Pay Frequency | Biweekly | | Department | 4RE200 - Receiving MGD |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Bereavement | | | 0.0000 | $0.00 | $0.00 | $205.04 |
| Gift Card NGU | 2 | Receiver II | | | $80.00 | $80.00 |
| GTL Imputed | 2 | Receiver II | | | $1.22 | $21.96 |
| Holiday | | | 0.0000 | $0.00 | $0.00 | $1,230.24 |
| HSA Employer | 2 | Receiver II | | | $38.46 | $596.13 |
| Overtime | 1 | Receiver II | 7.4333 | $25.62 | $190.53 | |
| Overtime | 2 | Receiver II | 8.9667 | $25.62 | $229.81 | $7,514.73 |
| Overtime Prem | | | | | | $3,757.30 |
| 1st Shift | 1 | Receiver II | 7.4333 | $12.81 | $95.25 | - |
| 1st Shift | 2 | Receiver II | 8.9667 | $12.81 | $114.91 | - |
| Regular Pay-Hourly | | | | | | $36,099.43 |
| 1st Shift | 1 | Receiver II | 40.0000 | $25.63 | $1,025.20 | - |
| 1st Shift | 2 | Receiver II | 40.0000 | $25.63 | $1,025.20 | - |
| Safety Equip Re | | | 0.0000 | $0.00 | $0.00 | $100.00 |
| Sick | | | 0.0000 | $0.00 | $0.00 | $1,281.50 |
| Vacation | | | 0.0000 | $0.00 | $0.00 | $2,255.44 |

Total Hours Worked **96.4000**    Total Hours **96.4000**

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $134.04 | $2,513.31 | $0.00 | $0.00 |
| 401k Catch Up | Yes | $134.04 | $1,565.65 | $0.00 | $0.00 |
| Accident Ins | No | $8.23 | $113.76 | $0.00 | $0.00 |
| Child Life | No | $0.00 | $1.61 | $0.00 | $0.00 |
| Criticl Illness | No | $15.64 | $312.80 | $0.00 | $0.00 |
| Criticl Illness | No | $24.47 | $318.11 | $0.00 | $0.00 |
| Dental | Yes | $21.84 | $338.16 | $7.28 | $112.66 |
| EE Sup Life | No | $8.64 | $172.17 | $0.00 | $0.00 |
| Gift Card | No | $80.00 | $80.00 | $0.00 | $0.00 |
| Grp Hospital | No | $4.85 | $97.00 | $0.00 | $0.00 |
| GTL Imputed | No | $1.22 | $21.96 | $0.00 | $0.00 |
| HSA | Yes | $75.00 | $1,500.00 | $38.46 | $596.13 |
| HSA Employer | No | $38.46 | $596.13 | $0.00 | $0.00 |
| Medical | Yes | $89.55 | $1,260.02 | $432.89 | $6,665.22 |
| Roth 401K | No | $134.04 | $2,513.31 | $0.00 | $0.00 |
| Vision | Yes | $7.18 | $104.90 | $0.00 | $0.00 |
| Vol Sps Life | No | $8.10 | $162.00 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $107.24 | $2,093.76 |
| Basic EE Life | No | $0.00 | $0.00 | $3.86 | $76.74 |
| LTD | No | $0.00 | $0.00 | $5.66 | $113.20 |
| STD | No | $0.00 | $0.00 | $6.58 | $131.60 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $150.99 | $2,918.55 |
| Employee Medicare | $37.25 | $714.02 |
| Social Security Employee Tax | $159.25 | $3,053.04 |
| CA State Income Tax | $27.64 | $513.22 |
| CA Disability Employee | $24.13 | $461.85 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Sick | 34.0000 | 0.0000 | 6.0000 |
| Vacation | 80.0000 | 4.6167 | 36.7500 |
| Volntr TimeOff | 0.0000 | 0.0000 | 40.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx7372 | Checking | $1,615.86 |
| Check amount | | $0.16 |
| Total | | $1,616.02 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,800.58 | $2,300.47 | $399.26 | $785.30 | **$1,616.02** |
| YTD | $53,141.77 | $45,163.60 | $7,660.68 | $11,670.89 | $33,810.20 |

**MITER BRANDS**

Milgard Manufacturing LLC
1010 54th Avenue East
Tacoma, WA 98424
800-645-4278

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/27/2023 |
| Period End Date | 09/09/2023 |
| Pay Date | 09/15/2023 |
| Document | 50135637 |
| **Net Pay** | **$1,563.73** |

**Pay Details**

**RONY VICTORIN SR.**
26509 SUN CITY BLVD.
MENIFEE, CA 92586
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 100957 | Pay Group | Milgard Hourly |
| SSN | XXX-XX-XXXX | Location | Temecula |
| Job | Receiver II | Function | OP - Operations |
| Pay Rate | $25.63 | GL Location | 125 - Temecula |
| Pay Frequency | Biweekly | Department | 4RE200 - Receiving MGD |

**Earnings**

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Bereavement | | | 0.0000 | $0.00 | $0.00 | $205.04 |
| GTL Imputed | 2 | Receiver II | | | $1.22 | $20.74 |
| Holiday | 2 | Receiver II | 8.0000 | $25.63 | $205.04 | $1,230.24 |
| HSA Employer | 2 | Receiver II | | | $38.46 | $557.67 |
| Overtime | 1 | Receiver II | 8.1000 | $25.63 | $207.60 | |
| Overtime | 2 | Receiver II | 5.2667 | $25.62 | $134.99 | $7,094.39 |
| Overtime Prem | | | | | | $3,547.14 |
| 1st Shift | 1 | Receiver II | 8.1000 | $12.81 | $103.79 | - |
| 1st Shift | 2 | Receiver II | 5.2667 | $12.81 | $67.49 | - |
| Regular Pay-Hourly | | | | | | $34,049.03 |
| 1st Shift | 1 | Receiver II | 32.0000 | $25.63 | $820.16 | - |
| 1st Shift | 2 | Receiver II | 32.0000 | $25.63 | $820.16 | - |
| Safety Equip Re | | | 0.0000 | $0.00 | $0.00 | $100.00 |
| Sick | | | 0.0000 | $0.00 | $0.00 | $1,281.50 |
| Vacation | 1 | Receiver II | 8.0000 | $25.63 | $205.04 | $2,255.44 |

Total Hours Worked  77.3667     Total Hours  93.3667

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $128.21 | $2,379.27 | $0.00 | $0.00 |
| 401k Catch Up | Yes | $128.21 | $1,431.61 | $0.00 | $0.00 |
| Accident Ins | No | $8.23 | $105.53 | $0.00 | $0.00 |
| Child Life | No | $0.00 | $1.61 | $0.00 | $0.00 |
| Criticl Illness | No | $15.64 | $297.16 | $0.00 | $0.00 |
| Criticl Illness | No | $24.47 | $293.64 | $0.00 | $0.00 |
| Dental | Yes | $21.84 | $316.32 | $7.28 | $105.38 |
| EE Sup Life | No | $8.64 | $163.53 | $0.00 | $0.00 |
| Grp Hospital | No | $4.85 | $92.15 | $0.00 | $0.00 |
| GTL Imputed | No | $1.22 | $20.74 | $0.00 | $0.00 |
| HSA | Yes | $75.00 | $1,425.00 | $38.46 | $557.67 |
| HSA Employer | No | $38.46 | $557.67 | $0.00 | $0.00 |
| Medical | Yes | $89.55 | $1,170.47 | $432.89 | $6,232.33 |
| Roth 401K | No | $128.21 | $2,379.27 | $0.00 | $0.00 |
| Vision | Yes | $7.18 | $97.72 | $0.00 | $0.00 |
| Vol Sps Life | No | $8.10 | $153.90 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $102.57 | $1,986.52 |
| Basic EE Life | No | $0.00 | $0.00 | $3.86 | $72.88 |
| LTD | No | $0.00 | $0.00 | $5.66 | $107.54 |
| STD | No | $0.00 | $0.00 | $6.58 | $125.02 |

**Taxes**

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $128.79 | $2,767.56 |
| Employee Medicare | $34.39 | $676.77 |
| Social Security Employee Tax | $147.06 | $2,893.79 |
| CA State Income Tax | $19.82 | $485.58 |
| CA Disability Employee | $22.35 | $437.72 |

**Paid Time Off**

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Sick | 34.0000 | 0.0000 | 6.0000 |
| Vacation | 80.0000 | 4.6167 | 32.1333 |
| Volntr TimeOff | 0.0000 | 0.0000 | 40.0000 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx7372 | Checking | $1,563.57 |
| Check amount | | $0.16 |
| Total | | $1,563.73 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,603.95 | $2,115.50 | $352.41 | $687.81 | **$1,563.73** |
| YTD | $50,341.19 | $42,863.13 | $7,261.42 | $10,885.59 | $32,194.18 |

**MITER BRANDS.**

Milgard Manufacturing LLC
1010 54th Avenue East
Tacoma, WA 98424
800-645-4278

**Pay Statement**
| | |
|---|---|
| Period Start Date | 07/30/2023 |
| Period End Date | 08/12/2023 |
| Pay Date | 08/18/2023 |
| Document | 49627071 |
| **Net Pay** | **$1,496.40** |

**Pay Details**

**RONY VICTORIN SR.**
26509 SUN CITY BLVD.
MENIFEE, CA 92586
USA

| | |
|---|---|
| Employee Number | 100957 |
| SSN | XXX-XX-XXXX |
| Job | Receiver II |
| Pay Rate | $25.63 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Milgard Hourly |
| Location | Temecula |
| Function | OP - Operations |
| GL Location | 125 - Temecula |
| Department | 4RE200 - Receiving MGD |

**Earnings**

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Bereavement | | | 0.0000 | $0.00 | $0.00 | $205.04 |
| GTL Imputed | 2 | Receiver II | | | $1.22 | $18.30 |
| Holiday | | | 0.0000 | $0.00 | $0.00 | $1,025.20 |
| HSA Employer | 2 | Receiver II | | | $38.46 | $480.75 |
| Overtime | 1 | Receiver II | 5.6667 | $25.62 | $145.24 | |
| Overtime | 2 | Receiver II | 4.9500 | $25.63 | $126.87 | $6,373.76 |
| Overtime Prem | | | | | | $3,186.84 |
| 1st Shift | 1 | Receiver II | 5.6667 | $12.81 | $72.61 | - |
| 1st Shift | 2 | Receiver II | 4.9500 | $12.81 | $63.43 | - |
| Regular Pay-Hourly | | | | | | $30,358.31 |
| 1st Shift | 1 | Receiver II | 24.0000 | $25.63 | $615.12 | - |
| 1st Shift | 2 | Receiver II | 32.0000 | $25.63 | $820.16 | - |
| Safety Equip Re | | | 0.0000 | $0.00 | $0.00 | $100.00 |
| Sick | 2 | Receiver II | 8.0000 | $25.63 | $205.04 | $1,281.50 |
| Vacation | 1 | Receiver II | 16.0000 | $25.63 | $410.08 | $2,050.40 |

Total Hours Worked  66.6167     Total Hours  90.6167

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $122.93 | $2,120.19 | $0.00 | $0.00 |
| 401k Catch Up | Yes | $122.93 | $1,172.53 | $0.00 | $0.00 |
| Accident Ins | No | $8.23 | $89.07 | $0.00 | $0.00 |
| Child Life | No | $0.00 | $1.61 | $0.00 | $0.00 |
| Criticl Illness | No | $24.47 | $244.70 | $0.00 | $0.00 |
| Criticl Illness | No | $15.64 | $265.88 | $0.00 | $0.00 |
| Dental | Yes | $21.84 | $272.64 | $7.28 | $90.82 |
| EE Sup Life | No | $8.64 | $146.25 | $0.00 | $0.00 |
| Grp Hospital | No | $4.85 | $82.45 | $0.00 | $0.00 |
| GTL Imputed | No | $1.22 | $18.30 | $0.00 | $0.00 |
| HSA | Yes | $75.00 | $1,275.00 | $38.46 | $480.75 |
| HSA Employer | No | $38.46 | $480.75 | $0.00 | $0.00 |
| Medical | Yes | $89.55 | $991.37 | $432.89 | $5,366.55 |
| Roth 401K | No | $122.93 | $2,120.19 | $0.00 | $0.00 |
| Vision | Yes | $7.18 | $83.36 | $0.00 | $0.00 |
| Vol Sps Life | No | $8.10 | $137.70 | $0.00 | $0.00 |
| 401k Match | Yes | $0.00 | $0.00 | $98.34 | $1,779.25 |
| Basic EE Life | No | $0.00 | $0.00 | $3.86 | $65.16 |
| LTD | No | $0.00 | $0.00 | $5.66 | $96.22 |
| STD | No | $0.00 | $0.00 | $6.58 | $111.86 |

**Taxes**

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $117.37 | $2,504.23 |
| Employee Medicare | $32.86 | $607.22 |
| Social Security Employee Tax | $140.50 | $2,596.37 |
| CA State Income Tax | $17.72 | $444.15 |
| CA Disability Employee | $21.41 | $392.53 |

**Paid Time Off**

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Sick | 34.0000 | 0.0000 | 6.0000 |
| Vacation | 72.0000 | 4.6167 | 30.9000 |
| Volntr TimeOff | 0.0000 | 0.0000 | 40.0000 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx7372 | Checking | $1,496.25 |
| Check amount | | $0.15 |
| Total | | $1,496.40 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,498.23 | $2,020.34 | $329.86 | $671.97 | **$1,496.40** |
| YTD | $45,080.10 | $38,584.26 | $6,544.50 | $9,501.99 | $29,033.61 |