Certificate Number: 14912-CAC-DE-037928645

Bankruptcy Case Number: 23-14687



14912-CAC-DE-037928645

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 9, 2023</u>, at <u>11:00</u> o'clock <u>PM EST</u>, <u>Rony Victorin</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:   November 9, 2023                By:   /s/Jai Bhatt

                                        Name: Jai Bhatt

                                        Title: Counselor